SEALED

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY 17 P 3: 2

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **TO BE FILED UNDER SEAL** |
| v. | NO. |
| SHEDERRO LEMARC BROOKS | **3-17CR-272-N** |

## SEALED INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about March 30, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Shederro Lemarc Brooks,** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely an Anderson Manufacturing, Model AM-15, 5.56 rifle.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Count Two
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

Between on or about April 11, 2017 and on or about April 13, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Shederro Lemarc Brooks,** having being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, namely (1) a Keltec, Model Sub 2000, 9 millimeter rifle; (2) a Mossberg, Model International 715T, .22 caliber rifle; and (3) a Glock, Model 23, .40 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Forfeiture Notice

(18 U.S.C. §§ 1594(d) and 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Counts One and Two of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Shederro Lemarc Brooks,** shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense. This property includes, but is not limited to the following:

(1) an Anderson Manufacturing, Model AM-15, 5.56 rifle;

(2) a Keltec, Model Sub 2000, 9 millimeter rifle;

(3) a Mossberg, Model International 715T, .22 caliber rifle;

(4) a Glock, Model 23, .40 caliber pistol; and

(5) any ammunition collected with the above-listed weapon.

A TRUE BILL

L Hemel

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

Cara Foos Pierce

CARA FOOS PIERCE
Assistant United States Attorney
Texas Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8678
Facsimile: 214-659-8809
Email: cara.pierce@usdoj.gov

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

SHEDERRO LEMARC BROOKS

---

SEALED INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

(18 U.S.C. §§ 1594(d) and 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

---

A true bill rendered

FORT WORTH FOREPERSON

Filed in open court this 17th day of May, 2017.

**Warrant to be Issued For SHEDERRO LEMARC BROOKS**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending