# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
May 21, 2019
Lyle W. Cayce
Clerk

No. 18-11201
Summary Calendar

D.C. Docket No. 3:17-CR-272-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SHEDERRO LEMARC BROOKS,

Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued as the mandate on Jun 12, 2019**

**Attest:** Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 12, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 18-11201 USA v. Shederro Brooks
USDC No. 3:17-CR-272-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Deborah M. Graham
Debbie T. Graham, Deputy Clerk

cc:
Mr. James Wesley Hendrix
Mr. Douglas Anthony Morris
Mr. Kevin Joel Page