IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHEDERRO LEMARC BROOKS | CASE NO: 3:17-CR-00272-N |

**MOTION FOR DETENTION**

The United States moves for detention of defendant, Shederro Lemarc Brooks pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

______ Crime of violence (18 U.S.C. §3156);

______ Maximum sentence life imprisonment or death

_____ 10 + year drug offense

_____ Felony, with two prior convictions in above categories

____ Serious risk defendant will flee

_____ Serious risk obstruction of justice

_____ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other dangerous weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

__X__ Petition for Supervised Release Revocation was filed

2. Reason for Detention. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

___X__ Defendant's appearance as required

___X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251, 1591

_____ Previous conviction for "eligible" offense committed while on pretrial bond

__X__ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

DATED this 31st day of August 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

ABBY POLICASTRO
Assistant United States Attorney
State Bar No. 24072505
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: (214) 659-8600
Fax: (214) 659-8808
Email: abby.policastro@usdoj.gov