US MARSHALS SERVICE N/TX
DALLAS, TX

2026 JUN 29 P 1:49

# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Shederro Lemarc Brooks

FILED-USDC-NDTX-DA
'26 SEP 1 PM2:49

CASE NUMBER: 3:17-CR-00272-N (1)

MAG. CASE NUMBER: ______

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Shederro Lemarc Brooks

ADDRESS (STREET, CITY, STATE):

Unknown

PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): U.S. District Court for the Northern District of Texas, Dallas Division

DATE IMPOSED: 09/10/2018

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. District Court for the Northern District of Texas, Dallas Division

Karen Mitchell
Karen Mitchell, U.S. District Court Clerk

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

s/K. Brown
(By) Deputy Clerk

06/26/2026
Date

## RETURN

Warrant received and executed.

Date Received: 6/29/26

Date Executed: 8/31/26

Executing Agency (Name and Address)

USMS, 1100 Commerce St, Dallas, TX 75242

Name: Sean Malecha (By) [signature] Date: 8/31/26

1032480D